THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE PAHL, Appellant, against LEO J. HAGERTY, District Attorney of Erie County, et al., Respondents.

Argued June 12, 1941; decided July 29, 1941.

*Samuel M. Fleischman* and *Richard K. Fleischman* for appellant.

*John J. Bennett, Jr., Attorney-General (James P. Cotter* and *Irene O'Sullivan* of counsel), for the People of the State of New York et al., respondents.

*Winifred Stanley* for Leo J. Hagarty, as District Attorney, et al., respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.